JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE FELDMANN, | Case No. CV 18-619-DMG (KK) |
| Petitioner, | JUDGMENT |
| v. | |
| LOS ANGELES FEDERAL COURTHOUSE, | |
| Respondent. | |

Pursuant to the Order Dismissing Action Without Prejudice as Premature and for Lack of Subject Matter Jurisdiction,

IT IS HEREBY ADJUDGED this action is DISMISSED without prejudice.

DATED: March 16, 2018

_____
DOLLY M. GEE
United States District Judge

Presented by:

_____
KENLY KIYA KATO
United States Magistrate Judge